January 27, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE INTEREST OF C.D.E., A CHILD

NO. 14-14-00086-CV

_____

This cause, an appeal from the Order Setting Aside Notice of Child Support Lien and for Release of Child Support Lien, signed November 22, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Stephen P. Elorriaga.

We further order this decision certified below for observance.